IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| SUZANNE BERNADETTE SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:13-CV-00846-JO |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | |
| Social Security, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded for

further proceedings.

DATED this ____ day of October, 2014.

_____
Robert E. Jones, Senior Judge
United States District Court