IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUZANNE BERNADETTE SULLIVAN,

            Plaintiff,

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

            Defendant.

Civil Case No. 3:13-CV-00846-JO

ORDER AWARDING FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $8,500.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). No costs or expenses are awarded.

It is further ORDERED that the balance of EAJA fees remaining after any Treasury offset shall be issued in a check payable to Plaintiff and mailed to Plaintiff's counsel at the following address: Phyllis Burke, 3800 NE Sandy Blvd., Ste. 226, Portland, OR 97232.

IT IS SO ORDERED this 15th day of Dec., 2014.

                                                    United States District Court Judge

ORDER